# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PAu 3-628-645**

Effective date of registration:
June 13, 2012

## Title
- **Title of Work:** Dead Inside
- **Previous or Alternative Title:** aka "Evil Inside"
  previously "The Dead Inside"

## Completion/Publication
- **Year of Completion:** 2011

## Author
- **Author:** Jennifer Chang
- **Author Created:** entire motion picture, production/producer, script/screenplay
- **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** DMN Films, LLC
  1427 Barry Ave. #101, 1444 Barry Ave., Los Angeles, CA, 90025, United States
- **Transfer Statement:** By written agreement

## Limitation of copyright claim
- **Material excluded from this claim:** script/screenplay
- **Previous registration and year:** 1-679091903     2011
- **New material included in claim:** all other cinematographic material, additional new footage, production as a motion picture, revisions/additions to script, editing

## Rights and Permissions
- **Organization Name:** DMN Films LLC
- **Name:** Jennifer Chang
- **Email:** fareastbard@gmail.com     **Telephone:** 562-556-1319
- **Address:** 1427 Barry Ave., #101
  Los Angeles, CA 90025 United States

## Certification

Registration #: PAU003628645
Service Request #: 1-777258100



DMN Films, LLC
Jennifer Chang
1427 Barry Ave, 101
Los Angeles, CA 90025

# EXHIBIT B

*Handwritten note: "The Evil Inside Docs 1-15"*

| No. | IP Address | GUID | P2PClient | HitDateUTC (MM/DD/YY) | FileName | FileHash | ISP | Region | City |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 50.151.48.24 | 4D372D372D332D2D2270111A728F9B93A936CE76 | BitTorrent 7.7.3 | 02/13/2013 10:54:16 AM | The.Evil.Inside.2011.DVDRip.XviD-PTpOWeR | SHA1: 81A… | Comcast Cable | Illinois | Chicago |
| 2 | 98.213.94.32 | 2D4241333330302D49700196D025DEC4DF6243B7 | -BA3300- | 01/26/2013 07:45:53 AM | The.Evil.Inside.2011.DVDRip.XviD-PTpOWeR | SHA1: 81A… | Comcast Cable | Illinois | Lansing |
| 3 | 24.1.222.254 | 2D5554333133302DD568AAA173173FB88001FA9C | µTorrent 3.1.3 | 12/28/2012 02:39:01 AM | The.Evil.Inside.2011.DVDRip.XviD-PTpOWeR | SHA1: 81A… | Comcast Cable | Illinois | Rolling Meadows |
| 4 | 76.16.133.68 | 2D5554333233302D2170A9DFD6979F5188D83DA9 | µTorrent 3.2.3 | 12/12/2012 11:09:53 AM | The.Evil.Inside.2011.DVDRip.XviD-PTpOWeR | SHA1: 81A… | Comcast Cable | Illinois | Hanover Park |
| 5 | 76.29.0.199 | 4D372D372D322D2D536F5670BB26BC6EBADBB0D5 | BitTorrent 7.7.2 | 12/11/2012 01:13:13 PM | The.Evil.Inside.2011.DVDRip.XviD-PTpOWeR | SHA1: 81A… | Comcast Cable | Illinois | Downers Grove |
| 6 | 71.201.157.57 | 2D5554333231302DB66D28C3B63D32A78193E847 | µTorrent 3.2.1 | 12/10/2012 08:23:02 AM | The.Evil.Inside.2011.DVDRip.XviD-PTpOWeR | SHA1: 81A52DD12CE6DC434E6B069D1FD1780D1D3D3A30 | Comcast Cable | Illinois | Naperville |
| 7 | 67.173.128.187 | 2D5554333232302DB36FFC5126FAF8F2D929A8DA | µTorrent 3.2.2 | 12/10/2012 01:19:50 AM | The.Evil.Inside.2011.DVDRip.XviD-PTpOWeR | SHA1: 81A52DD12CE6DC434E6B069D1FD1780D1D3D3A30 | Comcast Cable | Illinois | Oswego |
| 8 | 67.163.75.135 | 2D5554313830302DEE2DC9AB88AAF7D0D8B50F84 | µTorrent 1.8.0 | 12/07/2012 05:45:51 PM | The.Evil.Inside.2011.DVDRip.XviD-PTpOWeR | SHA1: 81A52DD12CE6DC434E6B069D1FD1780D1D3D3A30 | Comcast Cable | Illinois | Homewood |
| 9 | 98.213.59.13 | 2D5554333232302D546FE65D7DC92057A0570B5D | µTorrent 3.2.2 | 12/07/2012 02:45:51 PM | The.Evil.Inside.2011.DVDRip.XviD-PTpOWeR | SHA1: 81A52DD12CE6DC434E6B069D1FD1780D1D3D3A30 | Comcast Cable | Illinois | Sterling |
| 10 | 67.184.191.111 | 2D5554333232302D546F14597CC91363BB3A9632 | µTorrent 3.2.2 | 12/07/2012 11:52:50 AM | The.Evil.Inside.2011.DVDRip.XviD-PTpOWeR | SHA1: 81A52DD12CE6DC434E6B069D1FD1780D1D3D3A30 | Comcast Cable | Illinois | Lake Villa |
| 11 | 67.173.134.183 | 2D5554333031302DC06755334507C80FFE642526 | µTorrent 3.0.1 | 12/07/2012 06:25:06 AM | The.Evil.Inside.2011.DVDRip.XviD-PTpOWeR | SHA1: 81A52DD12CE6DC434E6B069D1FD1780D1D3D3A30 | Comcast Cable | Illinois | Cicero |
| 12 | 98.213.58.189 | 2D4243303133312D73CE8D8FBBCD496E21CEE9E6 | BitComet 1.31 | 12/07/2012 01:36:32 AM | The.Evil.Inside.2011.DVDRip.XviD-PTpOWeR | SHA1: 81A52DD12CE6DC434E6B069D1FD1780D1D3D3A30 | Comcast Cable | Illinois | Sterling |
| 13 | 24.15.215.18 | 2D4243303133302DF897F68E5B294EA210785AD0 | BitComet 1.30 | 12/06/2012 11:19:32 PM | The.Evil.Inside.2011.DVDRip.XviD-PTpOWeR | SHA1: 81A52DD12CE6DC434E6B069D1FD1780D1D3D3A30 | Comcast Cable | Illinois | Chicago |
| 14 | 98.206.242.3 | 4D372D372D302D2D536D1D06323622C12FA50B81 | BitTorrent 7.7.0 | 12/06/2012 11:07:19 PM | The.Evil.Inside.2011.DVDRip.XviD-PTpOWeR | SHA1: 81A52DD12CE6DC434E6B069D1FD1780D1D3D3A30 | Comcast Cable | Illinois | Plainfield |
| 15 | 50.129.193.39 | 4D372D372D322D2D536FC6694F177D3747553182 | BitTorrent 7.7.2 | 12/06/2012 10:02:07 PM | The.Evil.Inside.2011.DVDRip.XviD-PTpOWeR | SHA1: 81A52DD12CE6DC434E6B069D1FD1780D1D3D3A30 | Comcast Cable | Illinois | Rockford |